# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

CASE NO. 17-CR-0507-03 (CCC)

v.

Osvaldo L. Colon-Paulo

## JUDGMENT OF DISMISSAL

Defendant __Osvaldo L. Colon-Paulo__ has been charged with the offense(s) of:

Count 1 - 18:371 AND 922(a)(1)(A) CONSPIRACY TO ENGAGE IN FIREARMS TRAFFICKING WITHOUT A LICENSE

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

☐ The Court has granted the motion of the government for dismissal with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

☐ The Court has dismissed the charges without prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

☑ The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

☐ The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on 30th day of July, 2018.

S/ Carmen Consuelo Cerezo
United States District Judge

DPR Forms. Rev. Feb. 2016